UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Citibank, N.A., as Trustee | Case No. 1:07-cv-3490 |
| Plaintiff, | Judge Christopher A. Boyko |
| vs. | ORDER DISMISSING CASE |
| Kyle E. Coljohn (now deceased), et al. | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This matter is before the Court on the motion of Plaintiff for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The case is hereby dismissed without prejudice at Plaintiff's costs.

IT IS SO ORDERED.

_____
Christopher A. Boyko
UNITED STATES DISTRICT JUDGE

FILED
JAN 03 08
CLERK OF COURTS
U.S. DISTRICT COURT N.D.O.

G:\Cases - TM\07-24647\M & O To Dismiss Case-071228-MAH.wpd